DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THREE TURNBERRY PLACE, a Nevada non-profit corporation; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br><br>Counter/Cross Defendants. | Case No. 2:17-cv-00349-GMN-NJK <br><br>**STIPULATION AND ORDER DISMISSING JEROME ROSENBERG AND 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>Counter/Cross Claimant, <br><br>vs. <br><br>JPMORGAN CHASE BANK, N.A.; M.G.L. LIVING TRUST; IMELDA B. AQUINO, an individual; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br><br>Counter-Defendant/Cross-Defendant. | |

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Cross-Defendants JEROME ROSENBERG ("Rosenberg"), an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company ("Series of Lucky"), by and through their counsel, stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **2747 Paradise Road, #2602, Las Vegas, NV 89109; Parcel No. 162-09-614-146** ("Property"). Rosenberg and Series of Lucky have been informed that the Property was sold on May 15, 2014 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for Three Turnberry Place ("the Association"). Rosenberg and Series of Lucky further stipulate and agree that they will not contest the validity of the resulting foreclosure deed to the Association recorded in the Official Records of the Clark County Recorder, Instrument Number 201405190003260, or SFR's ownership interest in the Property.

Further, Plaintiff, JPMORGAN CHASE BANK, N.A. ("Chase" or "Bank"), Rosenberg and Series of Lucky stipulate and agree that Chase shall dismiss its claims against Rosenberg and Rosenberg stipulates and agrees that he will be bound by any non-monetary order of the Court and will participate in discovery as needed.

Based on these representations, Chase, SFR, Rosenberg and Series of Lucky stipulate and agree that Rosenberg and Series of Lucky shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

| Dated this _____day of _____, 2017. | Dated this _____day of _____, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **SMITH LARSEN & WIXOM** |
| */s/ Diana Cline Ebron*_____<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Christopher L. Benner*_____<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>Phone: (702) 252-5002<br>Fax: (702) 252-5006<br>*Attorneys for JPMORGAN CHASE BANK, N.A.* |

HUTCHISON & STEFFEN, LLC

*/s/ Jeffrey R. Hall*
JEFFREY R. HALL, ESQ.
Nevada Bar No. 9572
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax:    (702) 385-2086
*Attorneys for Cross-Defendant Jerome Rosenberg and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC*

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant JEROME ROSENBERG and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 18 day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT