UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br> Plaintiff(s), <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br> Defendant(s). | Case No. 2:17-cv-00349-GMN-NJK <br> ORDER <br> (Docket No. 39) |

Pending before the Court is Plaintiff's interim status report. Docket No. 39. The interim status report must be signed by all parties. Local Rule 26-3. Accordingly, the Court orders that a proper interim status report that complies with the local rules shall be filed no later than September 8, 2017.

IT IS SO ORDERED.

DATED: September 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge