1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGElegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGElegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGElegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THREE TURNBERRY PLACE, a Nevada non-profit corporation; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br>     Counter/Cross Defendants. | Case No. 2:17-cv-00349-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>     Counter/Cross Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; M.G.L. LIVING TRUST; IMELDA B. AQUINO, an individual; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br><br>     Counter/Cross Defendants. | |

SFR Investments Pool 1, LLC ("SFR"), JPMORGAN CHASE BANK, N.A. ("Bank"), and

THREE TURNBERRY PLACE ASSOCIATION ("Association") (collectively, the "parties") by and through their respective counsel of record, hereby stipulate to extend the deadline for defendants to respond to the Bank's Motion for Summary Judgment [ECF No. 42] as follows:

1. The Bank filed its Motion for Summary Judgment ("Bank's MPSJ") on October 5, 2017. [ECF No. 42]. Any response is currently due on October 26, 2017.
2. On October 24, 2017, SFR took the deposition of the Bank and a transcript is pending.
3. The parties have agreed that more time is necessary for defendants to obtain the deposition transcript prior to the dispositive motion deadline.
4. Based thereon, the parties agree to continue the response deadline to the Bank's MSJ to **November 9, 2017**.
5. This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in the motion.

///
///
///

**ORDER**

**IT IS SO ORDERED.**

Dated this  26  day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
**UNITED STATES DISTRICT COURT JUDGE**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

| DATED this 26th day of October, 2017. | DATED this 26th day of October, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **SMITH LARSON & WIXOM** |
| /s/ Diana S. Ebron<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for SFR Investments Pool 1, LLC* | /s/ Christopher L. Benner<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134-6237<br>*Attorneys for JPMorgan Chase Bank, N.A.* |
| DATED this 26th day of October, 2017.<br><br>**LIPSON NEILSON COLE SELTZER & GARIN**<br><br>/s/ Eric Tran<br>Eric Tran, Esq.<br>Nevada Bar No. 11876<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144<br>*Attorney for Three Turnberry Place Association* | |