Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
　　　　clb@slwlaw.com
Attorneys for Plaintiff,
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THREE TURNBERRY PLACE, a Nevada non-profit corporation; JEROME ROSENBERG, an individual, and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company. <br><br> Counter/Cross Defendant s. <br>_____ <br> SFR INVESTMENTS POOL 1, LLC, <br> a Nevada limited liability company; <br><br> Counter/Cross Claimant <br> v. <br><br> JPMORGAN CHASE BANK, N.A.: M.G.L. LIVING TRUST; IMELDA B. AQUINO, an individual; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br><br> Counter/Cross Defendant | CASE NO.: 2:17-CV-00349-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(Second Request)** |

JPMORGAN CHASE BANK, N.A. ("Chase"), SFR INVESTMENTS POOL 1, LLC ("SFR"), and THREE TURNBERRY PLACE ASSOCIATION ("Association") (collectively, the "parties") by and through their respective counsel of record, hereby stipulate to extend the deadline for plaintiff Chase to respond to SFR's Response to Chase's Motion for Summary Judgment [ECF No. 46] as follows:

1. SFR filed its Response to Chase's Motion for Summary Judgment ("SFR's Opposition") on November 9, 2017. [ECF No. 42]. Any response is currently due on November 23, 2017. November 23, 2017 is Thanksgiving, thus the Reply of Chase would be due November 22, 2017.

2. On October 24, 2017, SFR took the deposition of Chase; Chase's review of the transcript is pending.

3. The parties have agreed that more time is necessary for Chase to respond to SFR's Opposition, as Chase had granted an extension of time to file the Opposition to November 9, 2017.

4. Based thereon, the parties agree to continue the Reply deadline to SFR's Opposition to **December 8, 2017**.

5. This is the second request for an extension of these deadlines, the first being SFR's request as ECF No. 44, and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully

///
///
///
///
///
///
///
///

2

respond to the arguments raised in the Opposition.

| | |
|---|---|
| DATED this 20th day of November, 2017.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for SFR Investments Pool 1, LLC* | DATED this 20th day of November, 2017.<br><br>**SMITH LARSON & WIXOM**<br><br>*/s/ Christopher L. Benner*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134-6237<br>*Attorneys for JPMorgan Chase Bank, N.A.* |
| DATED this 20th day of November, 2017.<br><br>**LIPSON NEILSON COLE SELTZER & GARIN**<br><br>*/s/ Eric Tran*<br>Eric Tran, Esq.<br>Nevada Bar No. 11876<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144<br>*Attorney for Three Turnberry Place Association* | |

**ORDER**

IT IS SO ORDERED:

Dated this  6   day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3