Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
　　　　clb@slwlaw.com
Attorneys for Plaintiff,
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THREE TURNBERRY PLACE, a Nevada non-profit corporation; JEROME ROSENBERG, an individual, and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company. <br><br> Counter/Cross Defendant s. <br> _____ <br> SFR INVESTMENTS POOL 1, LLC, <br> a Nevada limited liability company; <br><br> Counter/Cross Claimant <br> v. <br><br> JPMORGAN CHASE BANK, N.A.: M.G.L. LIVING TRUST; IMELDA B. AQUINO, an individual; JEROME ROSENBERG, an individual; and 2747 PARADISE, A SERIES OF LUCKY AMY NAN, LLC, a Nevada limited liability company, <br><br> Counter/Cross Defendant | **CASE NO.: 2:17-CV-00349-GMN-NJK** <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

1

JPMORGAN CHASE BANK, N.A. ("Chase"), SFR INVESTMENTS POOL 1, LLC ("SFR"), and THREE TURNBERRY PLACE ASSOCIATION ("Association") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate to extend the deadline for filing of the Stipulation of Dismissal and Proposed Order as ordered on March 6, 2018 pursuant to the Settlement Conference of the same date before Magistrate Judge Nancy J. Koppe as follows:

1. The settlement of this matter is part of a larger settlement between Chase and SFR involving multiple additional properties.
2. Due to the involvement of multiple properties, the final execution of a settlement agreement memorializing the terms of the settlement has been delayed.
3. The parties have agreed that additional time is necessary to finalize the settlement agreement, and thus require additional time to submit the Stipulation of Dismissal and Proposed Order in this matter
4. Based thereon, the parties seek to extend the deadline for the Stipulation of Dismissal and Proposed Order in this matter by 45 days, to July 19, 2018.

\\\
\\\
\\\

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

5. This is the first request for an extension of this deadline, and it is not made for the purposes of delay. The additional time requested is to allow counsel to finalize, execute, and effectuate the necessary terms of the settlement between the parties.

DATED this 31st day of May, 2018.          DATED this 31st day of May, 2018.

**KIM GILBERT EBRON**                       **SMITH LARSON & WIXOM**


*/s/ Diana S. Ebron*                        */s/ Christopher L. Benner*
Diana S. Ebron, Esq.                        Kent F. Larsen, Esq.
Nevada Bar No. 10580                        Nevada Bar No. 3463
Jacqueline A. Gilbert, Esq.                 Christopher L. Benner, Esq.
Nevada Bar No. 10593                        Nevada Bar No. 8963
Karen L. Hanks, Esq.                        1935 Village Center Circle
Nevada Bar No. 9578                         Las Vegas, Nevada 89134-6237
7625 Dean Martin Drive, Suite 110           *Attorneys for JPMorgan Chase Bank, N.A.*
Las Vegas, Nevada 89139-5974
*Attorney for SFR Investments Pool 1, LLC*

DATED this 31st day of May, 2018.

**LIPSON NEILSON COLE SELTZER & GARIN**

 */s/ Eric Tran*
Eric Tran, Esq.
Nevada Bar No. 11876
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
*Attorney for Three Turnberry Place Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __June 4, 2018_____

3