# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-00349-GMN-NJK

**Order**

This case settled nearly half a year ago. Docket No. 60. Due to logistical issues, the parties have since obtained two extensions to file dismissal papers. With respect to the most recent extension, the parties represented that they "have nearly finalized" the papers needed for dismissal, and requested an extended deadline for filing dismissal papers of August 9, 2018. Docket No. 63. The Court granted that stipulation. Docket No. 64.[1] The parties did not comply with that order imposing the deadline that they requested.

The Court hereby **ORDERS** dismissal papers be filed by <u>August 20, 2018</u>. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COURT FINES ON THE PARTIES AND THEIR**

---

[1] The Court has accepted the parties' previous representations regarding the need for additional time. The Court notes, however, that the material terms of the settlement are already established by operation of the statements made on the record at the settlement conference. *See Doi v. Halekulani Corp.*, 276 F.3d 1131, 1137-38 (9th Cir. 2002); *see also* Docket No. 60. Memorializing the terms of a settlement agreement already established on the record is not a herculean task requiring extensive time, even when multiple parties are involved.

1

**ATTORNEYS.** *See, e.g.*, *Gfeller v. Doyne Med. Clinic, Inc.*, 2015 WL 5210392, at *10 (D. Nev. Sept. 3, 2015) (imposing court fine on attorney for failing to comply with order to file dismissal papers).

IT IS SO ORDERED.

Dated: August 13, 2018

_____
Nancy J. Koppe
United States Magistrate Judge